大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 23, 2021

<u>VIA ECF</u>

The Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Nisbett v. Little Spoon, Inc.*, Case No. 1:21-cv-06292-JPC, Request for Extension of Time to Respond to the Complaint

Dear Judge Cronan:

We represent Defendant Little Spoon, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 23, 2021 to January 7, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

This request is granted.  All deadlines are adjourned until January 7, 2022.  If the parties have not settled this case by January 7, 2022, then the parties shall file a joint letter updating the Court on the status of the case.

SO ORDERED.
Date: November 24, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge